IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NICHOLAS AMRINE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-822-C |
| | ) | |
| JUSTIN JONES, Director, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF TRANSFER

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on July, 21, 2011. Petitioner filed a "Response" on July 29, 2011.

Petitioner's Response voices no objection to the conclusions of the Magistrate Judge but simply wishes to preserve all factual and legal issues raised in the Petition.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 2nd day of August, 2011.

ROBIN J. CAUTHRON
United States District Judge